____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

MAY 2 4 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,          )
                                )
v.                              )
                                )        2:10-CR-456-LDG (VCF)
JASON WILEY,                    )
                                )
    Defendant.          )
_____)

## FINAL ORDER OF FORFEITURE

On December 2, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant JASON WILEY guilty of criminal offenses, forfeiting specific property alleged in the Second Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant JASON WILEY was found guilty. Superseding Indictment, ECF No. 80; Minutes of Jury Trial Proceedings, ECF No. 132; Jury Verdict, ECF No. 136; Preliminary Order of Forfeiture, ECF No. 140.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 10, 2011, through January 8, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 152.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the

2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time

4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

10  law:

11  a)      a Bryco Arms, Jennings T380, .380 Auto, serial #1421101; and

12  b)      any and all ammunition.

13  The Clerk is hereby directed to send copies of this Order to all counsel of record and

14  three certified copies to the United States Attorney's Office.

15  DATED this _24_ day of _May_, 2012.

16

17

18  _____
   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26